NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  JOSEPH WYCECH,**
*Appellant*

---

2022-1969

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/197,309.

---

**JUDGMENT**

---

JESSICA E. FLEETHAM, Carlson, Gaskey & Olds, PC, Birmingham, MI, argued for appellant.  Also represented by DAVID LOUIS ATALLAH.

MAUREEN DONOVAN QUELER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal.  Also represented by DANIEL KAZHDAN, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 14, 2023
Date

Jarrett B. Perlow
Clerk of Court